NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1293

VERA W. HUANG,

Plaintiff-Appellant,

v.

MENG YIH HUANG, P. GUILMET, ROBIN LYNCH, GEORGE P. LORDAN,
ARTHUR FRAWLEY, LISA GREENBURG, LISA A. JACOBOWITZZ, KIM PHELAN,
MI NA HUANG, LEU SO-MEI, WEN-CHIN LEU of Chien-Chuen Plastic Co. Ltd.,
DR. MARILEA K. MILLER, ERNEST LIN, DR. TUNG, JOSEPH PALEY,
MARK BURRELL, DAVID HAZLEWOOD, and DEPUTY TERRY, Salem Family Court,

Defendants-Appellees,

and

JUDGE EDWARD J. ROCKETT, HONORABLE SEAN DUNPHY,
JUDGE SPENCER M. KAGAN, JOHN CRONIN, JUDGE JOHN STEVENS, JR.,
JUDGE MARY M. MANZI, JUDGE DIGANGI, JUDGE BILLING,
JUDGE NANCY STAFFIER HOLTZ, JUDGE BONNIE H. MACLEOD,
JUDGE FRANCIS A. MCINTYRE, JUDGE WHITHEAD, JUDGE D. KERMAN,
JUDGE IRELAND, JUDGE SPINA, JUDGE CORDY, JOHN DAWLEY,
Assistant District Attorney, RALPH FINCH, Assistant Clerk, JUDITH BRENNAN,
KEVIN JONES, MAGISTRATE TRIPI, MAGISTATE DORIS STENZIANI,
LILLIAN C. ANDRUSZKIEWICZ, CLERK HOLLIEY WHITE, JOSEPH LARO,
Court Reporter, PROBATION OFFICER SLIVASKI, RUDOLPH JAWORSKI,
CHARLES KAGAN, INSPECTOR ROBERT FOLEY, INSPECTOR BERNARD CLANCY,
ESSEX COUNTY, MASSACHUSETTS STATE TREASURY,
ATTORNEY GENERAL OF MASSACHUSETTS, SALEM DISTRICT ATTORNEY,
ALEM SUPERIOR COURT CLERKS, CAMBRIDGE DISTRICT ATTORNEY,
and JUDGE WHITE, Middlesex Superior Court,

Defendants-Appellees,

and

NANCY VANTINE and BURNS & LEVINSON LLP,

Defendants-Appellees.

Appeal from the Untied States District Court for the District of Massachusetts in case no. 07-CV-10435, Judge Joseph L. Tauro.

## O R D E R

Vera W. Huang moves for an extension of time to file her brief.

The court has stayed the briefing schedule.   Thus, the motion is moot.

Accordingly,

IT IS ORDERED THAT:

The motion is moot.

FOR THE COURT

APR 3 0 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Vera W. Huang
Annapurna Balakrishna, Esq.
Katy E. Koski, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 3 0 2010

JAN HORBALY
CLERK

2010-1293                                2